1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR1996-29-WQH |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS |
| ALEJANDRO VARGAS LICONA (29), | |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court hereby grants the United States' Motion to Dismiss Without Prejudice (ECF No. 426) the indictment in this matter as to ALEJANDRO VARGAS LICONA only, in the interest of justice.

Dated: March 15, 2019

Hon. William Q. Hayes
United States District Court